IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JILLIAN HARROD, individually and heir to the estate of JUSTIN HARROD <br> Plaintiff, <br> v. <br><br> LLANO COUNTY SHERIFF'S OFFICE, LLANO COUNTY, TEXAS, BILL BLACKBURN, BYRON CERVANTEZ, AND RANDY SHAW <br> Defendants. | Case No. 1:24-cv-388 |

## PLAINTIFF'S RESPONSE TO DEFENDANT LLANO COUNTY SHERIFF'S OFFICE'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Jillian Harrod, by and through her undersigned attorney, does not contest Defendant Llano County Sheriff's Office's Motion to Dismiss (Dkt. 10) and does not oppose Llano County Sheriff's Office being dismissed as a Defendant from this action. The remaining Defendants previously filed an Answer to Plaintiff's Original Complaint (Dkt. 9).

Respectfully submitted,

**KAPLAN LAW FIRM, PLLC**

/s/ *Ryan Estes*

Ryan Estes
Texas Bar No. 24120586
restes@kaplanlawatx.com

2901 Bee Cave Rd., Suite G
Austin, TX 78746
Phone: (512) 553-9390
Fax: (512) 692-2788

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the TXW CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Ryan Estes