IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JILLIAN HARROD, *individually and heir to the estate of Justin Harrod*, | § § § § | |
| Plaintiff, | § § | |
| v. | § | 1:24-CV-388-DII |
| | § § | |
| LLANO COUNTY SHERIFF'S OFFICE, LLANO COUNTY, TEXAS, BILL BLACKBURN, BYRON CERVANTEZ, RANDY SHAW, | § § § § § § | |
| Defendants. | § | |

## ORDER

On June 5, 2024, Defendant Llano County Sheriff's Office filed a motion to dismiss, stating that it is a non-jural entity. (Dkt. 10). Plaintiff is unopposed to the motion. (Dkt. 12). For good cause shown, and in light of Plaintiff's non-opposition, the Court will **GRANT** the motion. (Dkt. 10). **IT IS ORDERED** that Plaintiff's claims against Defendant Llano County Sheriff's Office are dismissed without prejudice.

**IT IS FURTHER ORDERED** that Defendant Llano County Sheriff's Office shall be **TERMINATED** as a party in this case.

**SIGNED** on July 10, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE