IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JILLIAN HARROD, individually and heir to the estate of JUSTIN HARROD<br>Plaintiff,<br>v.<br><br>LLANO COUNTY, TEXAS, BILL BLACKBURN, BYRON CERVANTEZ, AND RANDY SHAW<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:24-cv-388 |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINE

Plaintiff Jillian Harrod, individually and heir to the estate of Justin Harrod ("Plaintiff") and Llano County, Texas, Bill Blackburn, Byron Cervantez and Randy Shaw ("Defendants") (collectively, the "Parties"), hereby jointly move the Court to extend the deadline to file Proposed Scheduling Order.

Pursuant to Local Rule CV-16, the Parties are required to file a Proposed Scheduling Order by August 5, 2024. Counsel for the Parties conferred on July 29, 2024 but have been unable to agree to the terms of the 26(f) Report as well as dates for the Proposed Scheduling Order. Counsel for Defendants is also currently out of the country. The Parties are actively making efforts to come to an agreement and seek to extend the deadline to file a Joint Proposed Scheduling Order by 14 days.

This Motion is made in good faith and not for purpose of delay, but so that the Parties may work together cooperatively in an effort to resolve this matter. The relief requested in this Motion is reasonable and will not result in prejudice to the Parties. Further, pursuant to the Court's procedures, the Parties have conferred and agreed to the relief requested herein. Therefore, the Parties hereby request that the Court grant this motion.

Respectfully submitted,


*/s/ Ryan O. Estes*
Austin Kaplan
Texas Bar No. 24072176
akaplan@kaplanlawatx.com
Ryan O. Estes
Texas Bar No. 24120586
restes@kaplanlawatx.com
Tanner Scheef
Texas Bar No. 24129188
tscheef@kaplanlawatx.com
**KAPLAN LAW FIRM, PLLC**
2901 Bee Cave Rd., Suite G
Austin, Texas 78746
P: (512) 553-9390
F: (512) 692-2788
**COUNSEL FOR PLAINTIFF**

*/s/ Eric Magee*
J. Eric Magee
Texas Bar No. 24007585
e.magee@allison-bass.com
Susana Naranjo-Padron
Texas Bar No. 24105688
s.naranjo@allison-bass.com
**ALLISON, BASS &MAGEE, L.L.P.**
1301 Nueces Street, Suite 201
Austin, Texas 78701
P: (512) 482-0701
F: (512) 480-0902
**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of August 2024, I sent a true and correct copy of the above and foregoing to all counsel of record as follows:

***Via ECF:***
J. Eric Magee
Texas Bar No. 24007585
e.magee@allison-bass.com
Susana Naranjo-Padron
Texas Bar No. 24105688
s.naranjo@allison-bass.com
**ALLISON, BASS &MAGEE, L.L.P.**
1301 Nueces Street, Suite 201
Austin, Texas 78701
P: (512) 482-0701
F: (512) 480-0902
**COUNSEL FOR DEFENDANTS**

                                                      */s/ Ryan O. Estes*
                                                      Ryan O. Estes