IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JILLIAN HARROD, individually and heir to the estate of JUSTIN HARROD Plaintiff, v. | §<br>§<br>§<br>§<br>§ | Case No. 1:24-cv-388 |
| LLANO COUNTY, TEXAS, BILL BLACKBURN, BYRON CERVANTEZ, RANDY SHAW, AND TRAVIS GLOSSON Defendants. | §<br>§<br>§<br>§<br>§ | |

## ORDER ON PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

On this day, the Court considered Plaintiff's Opposed Motion for Leave to File Plaintiff's First Amended Complaint. The Court, having considered the pleadings on file, ORDERS:

Plaintiff's Motion for Leave to file Plaintiff's First Amended Complaint is Granted. The clerk is ordered to enter the First Amended Complaint as if it was filed on October 21, 2024.

SIGNED this ___ day of _____, 2024.

_____
THE HONORABLE
UNITED STATES DISTRICT JUDGE

1