IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JILLIAN HARROD, individually and heir to the estate of JUSTIN HARROD<br>Plaintiff,<br>v.<br><br>LLANO COUNTY, TEXAS, BILL BLACKBURN, BYRON CERVANTEZ, AND RANDY SHAW<br>Defendants. | § § § § § § § § § § | Case No. 1:24-cv-388 |

**NOTICE CONCERNING REFERENCE TO
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party, Plaintiff Jillian Harrod through counsel Kaplan Law Firm, P.L.L.C.

_____ consents to having a United States Magistrate Judge preside over the trial in this case.

  X   declines to consent to trial before a United States Magistrate Judge.

/s/ *Ryan O. Estes*
Austin Kaplan
Texas Bar No. 24072176
akaplan@kaplanlawatx.com
Ryan O. Estes
Texas Bar No. 24120586
restes@kaplanlawatx.com
Tanner Scheef
Texas Bar No. 24129188
tscheef@kaplanlawatx.com
**KAPLAN LAW FIRM, PLLC**
2901 Bee Cave Rd., Suite G
Austin, Texas 78746
P: (512) 553-9390
F: (512) 692-2788
**COUNSEL FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November 2024, I sent a true and correct copy of the above and foregoing to all counsel of record as follows:

**Via ECF:**
J. Eric Magee
Texas Bar No. 24007585
e.magee@allison-bass.com
Susana Naranjo-Padron
Texas Bar No. 24105688
s.naranjo@allison-bass.com
**ALLISON, BASS &MAGEE, L.L.P.**
1301 Nueces Street, Suite 201
Austin, Texas 78701
P: (512) 482-0701
F: (512) 480-0902
**COUNSEL FOR DEFENDANTS**

                                                                    /s/ Ryan O. Estes
                                                                    Ryan O. Estes