# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| JILLIAN HARROD, individually and heir to the estate of JUSTIN HARROD | § § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 1:24-cv-388 |
| LLANO COUNTY SHERIFF'S OFFICE, LLANO COUNTY, TEXAS, BILL BLACKBURN, BYRON CERVANTEZ, AND RANDY SHAW | § § § § § | |
| Defendants. | | |

## DEFENDANT LLANO COUNTY SHERIFF'S NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party, Defendant Llano County Sheriff's Office through counsel ALLISON, BASS & MAGEE, L.L.P.

__ consents to having a United States Magistrate Judge preside over the trial in this case.

X_ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

*/s/ J. Eric Magee*
J. Eric Magee
State Bar No. 24007585
e.magee@allison-bass.com
Susana Naranjo-Padron
State Bar No. 24105688
s.naranjo@allison-bass.com
**ALLISON, BASS & MAGEE, L.L.P.**
1301 Nueces Street, Suite 201
Austin, Texas 78701

                                (512) 482-0701 telephone
                                (512) 480-0902 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a notice of electronic filing to the following attorney(s):

Austin Kaplan
Texas Bar No. 24072176
akaplan@kaplanlawatx.com

Ryan Estes
Texas Bar No. 24120586
restes@kaplanlawatx.com

Tanner Scheef
Texas Bar No. 24129188
tscheef@kaplanlawatx.com

                                                      */s/ J. Eric Magee*
                                                      J. Eric Magee